705 A.2d 1300

LA MAR–GATE, INC.

v.

Eugene B. SPITZ, Eleanor R. Spitz, General Electric
Credit Corp., First Keystone Federal Savings
Bank and Atlantic Financial Federal.

Appeal of Eugene B. SPITZ.

Supreme Court of Pennsylvania.

Argued Feb. 3, 1998.

Decided Feb. 27, 1998.

*ORDER*

PER CURIAM:

Appeals dismissed as having been improvidently granted.